[No. 3614-1.    Division One.    October 4, 1976.]

INTERNATIONAL FREESTYLE SKIERS ASSOCIATION, *Appellant*, v. CURTIS K. OBERHANSLY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 791660, James W. Mifflin, J., entered February 20, 1975. *Dismissed* by unpublished opinion per Andersen, J., concurred in by Swanson and Callow, JJ.

[No. 1592-2.    Division Two.    October 5, 1976.]

WEYERHAEUSER PULP EMPLOYEE FEDERAL CREDIT UNION, *Respondent*, v. ARTHUR L. EDMISON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 37828, Frank L. Price, J., entered June 6, 1974. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Cochran, J. Pro Tem.

[No. 2004-2.    Division Two.    October 5, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS FALK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 56604, Robert D. McMullen, J., entered July 23, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Johnson, J. Pro Tem.

[No. 1981-2.    Division Two.    October 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CARL CUTHBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 47123, Robert A. Jacques, J., entered June 17, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.